IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

APRIL R. BENNETT                                                                                    PLAINTIFF

v.                                            4:14-cv-04118-BAB

CAROLYN W. COLVIN, Acting Commissioner
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and Plaintiff's Complaint is hereby dismissed with prejudice. The parties have sixty (60) days from entry of the judgment on the docket in which to appeal.

**IT IS SO ORDERED this 10th day of August 2015**.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE